```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK E. CULLERS
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 01:95CR5110 LJO |
|---|---|
| Plaintiff, | ) MOTION AND ORDER TO WITHDRAW |
| | ) THE REQUEST FOR DISMISSAL OF |
| v. | ) COMPLAINT |
| JOSE LUIS AGUILAR, | ) |
| Defendant. | ) |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and MARK E. CULLERS, Assistant United States Attorney, hereby seek to vacate and withdraw the motion and order to dismiss the complaint, filed on April 4, 2012, as to the above-named defendant. The request was filed in error.

DATED: April 13, 2012               Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                By: /s/ Mark E. Cullers
                                    MARK E. CULLERS
                                    Assistant U.S. Attorney

1

## ORDER

The request to dismiss the complaint filed on April 4, 2012, said request which has not been acted upon by this Court, is ordered to be vacated and withdrawn as it was filed in error.

IT IS SO ORDERED.

**Dated: April 18, 2012**          /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE