BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:95CR5110 LJO |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER TO DISMISS |
| | ) | INDICTMENT |
| v. | ) | |
| | ) | |
| BIVIANO FARIAS-CARRANZA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Federal Rule of Criminal Procedure 48(a),

Plaintiff United States of America, by and through its attorneys

of record, BENJAMIN B. WAGNER, United States Attorney, and

KATHLEEN A. SERVATIUS, Assistant United States Attorney, hereby

seek leave of court and move to dismiss the indictment in this

case without prejudice, and dismiss the arrest warrant as to the

above-named defendant, in the interest of justice.

DATED: November 6, 2012                Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                By:  __/s/ Kathleen A. Servatius__
                                     KATHLEEN A. SERVATIUS
                                     Assistant U.S. Attorney

1

**ORDER**

    **IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice and the arrest warrant be dismissed.

IT IS SO ORDERED.

**Dated:**   **November 6, 2012**           **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE